UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN, | No. C-12-1436 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER OF TRANSFER** |
| EDMUND G. BROWN, *et al.*, | |
| Defendants. | |

Dexter Brown, an inmate at the California Medical Facility - Vacaville, filed this *pro se* civil rights action under 42 U.S.C. § 1983, complaining of events and omissions that occurred at that prison. The California Medical Facility - Vacaville is in Solano County, which is located within the venue of the Eastern District of California. The Defendants work at that prison or in Sacramento County, and apparently reside in the Eastern District of California. No Defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter.

///
///
///
///
///

1    This Court has not ruled on the request for a preliminary injunction or restraining order.
2  (Docket # 2.)  The transferee court will address that request.
3
4    IT IS SO ORDERED.
5
6  Dated: April 9, 2012
7
8                                                    _____
                                                     EDWARD M. CHEN
                                                     United States District Judge

**United States District Court**
For the Northern District of California